IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

TONY MADDOX AND KATHY MADDOX                              PLAINTIFFS

V.                                            CIVIL ACTION NO. 1:07CV206-B-D

TOWNSEND & SONS, INC., D/B/A
SUNFLOWER STORE                                              DEFENDANT

CASH DISTRIBUTING AN D
ZURICH AMERICAN INSURANCE COMPANY                            INTERVENORS

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendant's motion for summary judgment is **GRANTED**, and this case is **DISMISSED with prejudice**.

This, the 24th day of March, 2009.

/s/ Neal Biggers
_____
**NEAL B. BIGGERS, JR.**
**SENIOR U.S. DISTRICT JUDGE**